# United States District Court
## Northern District of Illinois
### Western Division

| | |
|---|---|
| Ryan Hallett | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 05 C 50044 |
| Village of Richmond, et al. | |

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came before the Court, and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Thelen's motion for summary judgment [123] is denied. Defendants' motions for summary judgment [126, 128, 135, & 147] are granted in part and denied in part. Summary judgment is granted for defendants and against plaintiff on Counts III, IV, V, IX, X and XII. The Fox Lake defendants' motion for summary judgment [151] is granted. Richmond's motion to strike [181] is denied.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Ryan Hallett and against defendants Brian Quilici and Village of Richmond in the amount of $450,000.00.

This case is closed.

Michael W. Dobbins, Clerk of Court

Date: 8/4/2009           _____

/s/ Susan Bennehoff, Deputy Clerk